JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Mahadhi Corzano (SBN 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com

5  Attorneys for Plaintiff, SYMIE DAHUT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| SYMIE DAHUT, | Case No.: 2:10-cv-00645-AHM-PJW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| LAW OFFICES OF MITCHELL N KAY | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SYMIE DAHUT and Defendant, LAW OFFICES OF MITCHELL N. KAY, stipulate that dispute between the parties has been settled, therefore, the claims asserted by Plaintiff are hereby dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Respectfully Submitted,

DATED: September 3, 2010        KROHN & MOSS, LTD.


By: ___/s/ Mahadhi Corzano___
    Mahadhi Corzano
    Attorney for Plaintiff

IT IS SO ORDERED
Dated 9/7/10
_____
United States District Judge

- 1 -

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 3, 2010 | HINSHAW & CULBERTSON, LLP |
| 3 | | |
| 4 | | By: /s/ Renee Choy Ohlendorf |
| 5 | | Renee Choy Ohlendorf |
| 6 | | Attorney for Defendant |

STIPULATION OF DISMISSAL